IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARYANNE L. COWART, PATRICK
COWART and SPENCER BARLOW, a
Minor by his mother and next friend,
MARYANNE L. COWART,

    Plaintiffs,

v.

CITY OF EAU CLAIRE, CITY OF EAU
CLAIRE POLICE DEPARTMENT, CITY
OF EAU CLAIRE ADMINISTRATIVE
REVIEW BOARD, JERRY MATYSIK,
TRAVIS QUELLA, BRADLEY VENAAS,
LISA ARLOSZYNSKI, NED
DONNELLAN, JENNIFER EBERT,
JAMES FLORY, DAVID OLSON,
BRANDON BUCHANAN, STEPHEN
NICK, STEPHEN BOHRER and LUCIE
MCGEE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-410-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered GRANTING summary judgment in favor of defendants City of Eau Claire, City of Eau Claire Police Department, City of Eau Claire Administrative Review Board, Jerry Matysik, Travis Quella, Bradley Venaas, Lisa Arlozynski, Ned Donnellan, Jennifer Ebert, James Flory, David Olson, Brandon Buchanan, Stephen Nick, Stephen Bohrer and Lucie McGee and dismissing this case.

_/s/ Joel W. Turner_____          JUL 1 7 2008_____
Joel W. Turner, Acting Clerk of Court          Date